**No. 40386.**—Protest 771044–G of William Shaland (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of tambourines or so-called noisemakers in chief value of paper. The claim at 35 percent under paragraph 1413 was sustained on the authority of Abstract 36935.

**No. 40387.**—Protest 831217–G of New York Merchandise Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of wooden cabinets similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 40388.**—Protest 938817–G of Wm. Shaland (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of novelties in chief value of fur, not toys. The claim at 50 percent under paragraph 1519 (e) was therefore sustained. Abstract 36368 followed.

**No. 40389.**—Protest 922049–G of M. Pressner & Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of rubber mice similar to those the subject of Abstract 31963 with the exception that they are in part of bamboo. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 40390.**—Protest 941515–G of American Import Co. (San Francisco).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of rubber balls the same as those the subject of Abstract 27179. The claim as rubber footballs at 30 percent under paragraph 1502 was therefore sustained.

**No. 40391.**—Protest 818335–G of Broadway Dept. Store (Los Angeles).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *May* v. *United States* (T. D. 47760) the tennis rackets in question were held dutiable at 30 percent under paragraph 1502 as claimed.